Peter Goldstein, SBN 6992
LAW OFFICES OF PETER GOLDSTEIN
peter@petergoldsteinlaw.com
10795 West Twain Ave, STE 110
Las Vegas, NV 89135
Telephone: (702) 474-6400
Facsimile: (888) 400-8799

Dale K. Galipo (Pro Hac Vice CA State Bar #144074)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Ste. 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4188

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LEROY JONES, individually; ROSIE LEE MATHEWS, individually; and ROSIE LEE MATHEWS, as appointed special administrator of the estate of Anthony Jones, deceased,<br><br>Plaintiffs,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; MARK HATTEN; and TIMOTHY ENGLISH,<br><br>Defendants. | Case No. 12 CV 01636 MMD CWH<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFFS TO SUBSTITUTE PARTIES**<br><br>(ECF No. 66) |

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants, through their respective attorneys of record, that:

1. Plaintiffs be allowed to substitute Plaintiff JOHN LEROY JONES, who passed away on April 29, 2016, with Fred Waid, as appointed special administrator of the estate of John Leroy Jones, pursuant to Rule 25 of the Nevada Rules of Civil

1

Procedure. A copy of JOHN LEROY JONES death certificate is attached hereto as Exhibit "A" and a copy of the Order appointing Fred Waid as special administrator of the estate of John Leroy Jones, is attached hereto as Exhibit "B".

Dated the 24th day of April, 2018                    Dated the 24th day of April, 2018
LAW OFFICES OF PETER GOLDSTIEN           MARQUIS AURBACH COFFING

By:/s/ Peter Goldstein                                         By: /s/ Craig Anderson
   Peter Goldstein, Esq.                                    Craig Anderson, Esq.
   Nevada Bar No. 6992                                       Nevada Bar No. 6882
   10795 West Twain Ave, STE 110                  10001 Park Run Drive
   Las Vegas, NV 89135                                         Las Vegas, Nevada 89145
   Attorney for Plaintiffs                                        Attorney for Defendants

**IT IS HEREBY ORDERED** that Plaintiffs are allowed to substitute Plaintiff JOHN LEROY JONES, now deceased, with Fred Waid, as appointed special administrator of the estate of John Leroy Jones.

Dated: April 24, 2018.

                                                                        Andrew P. Gordon
                                                                        United States District Judge

Respectfully Submitted:

By:/s/ Peter Goldstein
   Peter Goldstein
   Law Offices of Peter Goldstein
   10795 West Twain Ave, STE 110
   Las Vegas, NV 89135
   Attorney for Plaintiffs