# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHNATHAN JONES, *et al.*, | Case No. 2:12-CV-01636-APG-CWH |
| Plaintiffs, | |
| v. | **ORDER VACATING TRIAL DATE AND CALENDAR CALL** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Based upon the parties' notice of settlement (ECF No. 69), the June 18 trial setting and June 12 calendar call are VACATED. The parties shall file a stipulation of dismissal or joint status report by July 23, 2018.

DATED this 4th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE