UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHNATHAN JONES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 2:12-CV-01636-APG-CWH<br><br>**ORDER** |

Based upon the parties' joint status report (ECF No. 71),

IT IS ORDERED that the parties shall file a stipulation of dismissal or joint status report by August 23, 2018.

DATED this 27th day of July, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE