**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Hatten and English

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRED WAID, as appointed special administrator of the ESTATE OF JOHN LEROY JONES; ROSIE LEE MATHEWS, individually and ROSIE LEE MATHEWS, as appointed special administrator of the Estate of Anthony Jones, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; MARK HATTEN and TIMOTHY ENGLISH,<br><br>Defendants. | Case Number:<br>2:12-cv-01636-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiffs FRED WAID, as appointed special administrator of the ESTATE OF JOHN LEROY JONES; ROSIE LEE MATHEWS, individually and ROSIE LEE MATHEWS, as appointed special administrator of the Estate of Anthony Jones, deceased ("Plaintiffs"), by and through their counsel of record, Peter Goldstein, Esq. of the Law Offices of Peter Goldstein; and Dale K. Galipo, Esq. of the Law Offices of Dale K. Galipo, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; MARK HATTEN and TIMOTHY ENGLISH ("Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach Coffing, that all parties are dismissed with prejudice in the above-referenced matter; and

MAC:05166-671 3466080_1 8/21/2018 10:08 AM

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

Dated this 23rd day of August, 2018.　　　　Dated this 23rd day of August, 2018.

MARQUIS AURBACH COFFING　　　　　　LAW OFFICES OF DALE K. GALIPO

By: ___s/Craig R. Anderson___　　　　　　By: ___s/Dale K. Galipo___
    Craig R. Anderson, Esq.　　　　　　    Dale K. Galipo, Esq.
    Nevada Bar No. 6882　　　　　　    Pro Hac Vice
    10001 Park Run Drive　　　　　　    CA State Bar No. 144074
    Las Vegas, Nevada 89145　　　　　　    21800 Burbank Blvd., Suite 310
    Attorney for Defendants　　　　　　    Woodland Hills, CA 91367
        Attorneys for Plaintiffs

LAW OFFICES OF PETER GOLDSTEIN

By: ___s/Peter Goldstein___
    Peter Goldstein, Esq.
    Nevada Bar No. 6992
    10795 West Twain Ave., Ste. 110
    Las Vegas, Nevada 89135
    Attorney for Plaintiffs

## ORDER

IT IS HEREBY ORDERED that all parties are dismissed with prejudice in the above-referenced matter; and

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs.

IT IS SO ORDERED this 23rd day of August, 2018.

_____
United States District Court Judge

Submitted By:

MARQUIS AURBACH COFFING

By: ___s/Craig R. Anderson___
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants

MAC:05166-671 3466080_1 8/22/2018 4:00 PM